# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**COUNTRYWIDE HOME LOANS, INC.,**

      **Plaintiff(s),**

**v.**                           **CASE NO:  8:10-CV-412-T-30EAJ**

**JOSE ARAZO and STEPHANIE ARAZO,**

      **Defendant(s).**
_____/

## ORDER OF DISMISSAL

      Plaintiffs has/have failed to show cause, in writing, why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05, in accordance with this Court's Order to Show Cause (Dkt. #9) entered on August 5, 2010.  It is therefore

      **ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed without prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on August 24, 2010.

**COPIES TO**:
Counsel/Parties of Record

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

*F:\Docs\2010\10-cv-412.dismissal.wpd*